1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAMONT DESMOND RIDER,                    No.  2:23–cv–2556–DJC–KJN PS

12              Plaintiff,                     ORDER

13        v.                                   (ECF No. 5.)

14   CALIFORNIA STATE CONTROLLER;
     UNCLAIMED PROPERTY DIV.,
15
               Defendants.
16

17        On December 27, 2023, the Magistrate Judge filed findings and

18   recommendations (ECF No. 5), which were served on the parties and which contained

19   notice that any objections to the findings and recommendations were to be filed

20   within fourteen (14) days.  No objections were filed.  Accordingly, the Court presumes

21   that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208

22   (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See*

23   *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

24        The Court has reviewed the applicable legal standards and, good cause

25   appearing, concludes that it is appropriate to adopt the findings and

26   recommendations in full.

27   ////

28   ////

                                    1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 5) are ADOPTED IN FULL;

2. The action is DISMISSED WITH PREJUDICE; and

3. The Clerk of Court is directed to CLOSE this case.


IT IS SO ORDERED.

Dated:   **February 14, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE